# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Luiz Costa Soares,<br>    Plaintiff,<br><br>        v.<br><br>Enhanced Recovery Company, LLC,<br>    Defendant. | CV 19-1356 DSF (MAAx)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

      On February 27, 2019, this Court issued its Order Setting Scheduling Conference. Pursuant to the Order, and to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16 and 26, the scheduling conference was set for June 17, 2019, at 11:00 a.m. and counsel (including parties proceeding pro se) were to confer and to file with the Court, no later than seven days before the scheduling conference, a Joint Rule 26(f) Report.

      Although it is Plaintiff's responsibility to prosecute this action, Plaintiff apparently made no attempt to communicate with defense counsel concerning the required report. Instead, defense counsel attempted to communicate with Plaintiff by telephone and in writing but was unable to do so. Defendant filed a unilateral "joint" report. Plaintiff failed to appear at the June 17 hearing.

      Plaintiff is ordered to show cause in writing no later than July10, 2019, why this action should not be dismissed, and why sanctions should not be imposed pursuant to Local Rule 83-7, for Plaintiff's failure to prosecute

this action and failure to comply with the Court's order and the Federal Rules of Civil Procedure. A hearing on this Order to Show Cause is set for **July 15, 2019, at 11:00 a.m.**

If no written response is filed, or if Plaintiff fails to appear at the hearing, this action will be dismissed.

IT IS SO ORDERED.

Date: June 25, 2019

Dale S. Fischer
United States District Judge