# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Luiz Costa Soares,<br>    Plaintiff,<br><br>           v.<br><br>Enhanced Recovery Company, LLC,<br>    Defendant. | CV 19-1356 DSF (MAAx)<br><br>JUDGMENT |

    Plaintiff having failed to prosecute this action and the Court having dismissed the action for failure to prosecute after Plaintiff failed to respond to the Court's Order to Show Cause,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed, and that Defendant may recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

    IT IS SO ORDERED.

Date: July 16, 2019

                                            Dale S. Fischer<br>                                            United States District Judge